UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ONCOLOGY ASSOCIATES OF OCEAN COUNTY, LLC, MODERN RADIATION AND ONCOLOGY OF OCEAN COUNTY, LLC and DOVER REAL ESTATE HOLDINGS, LLC,<br><br>Debtors. | Chapter 11<br>Case Nos.:  12-11790 (MBK)<br>                     13-11745 (MBK)<br>                     13-17107 (MBK)<br>(Substantively Consolidated) |
| RICHARD B. HONIG, Liquidating Trustee,<br><br>Plaintiff,<br><br>v.<br><br>PETER W. TILL,<br><br>Defendant. | Adv. Proc. No. 14-1082 (MBK)<br><br>STIPULATION DISMISSING ADVERSARY PROCEEDING |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed.R.Civ.P. 41, made applicable to adversary proceedings in bankruptcy cases by Fed.R.Bankr.P. 7041, that the within adversary proceeding be, and hereby is, dismissed with prejudice.

HELLRING, LINDEMAN,
GOLDSTEIN & SIEGAL
*Attorneys for Liquidating Trustee*

By: _____
Richard Honig          Date
Bruce Etterman
One Gateway Center, 8th Floor
Newark, NJ 07102
(973) 621-9020

SEIDMAN & PINCUS, LLC
*Attorneys for Peter W. Till*

By: _____
Mitchell B. Seidman     Date 7/15/2015
Andrew Pincus
777 Terrace Avenue, Suite 508
Hasbrouck Heights, NJ 07604
(201) 473-0047